UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 00-74151

BARBARA DENNIS,

    Defendant.
                                         /

**ORDER DENYING DEFENDANT'S REQUEST TO QUASH GARNISHMENT**

    Plaintiff applied for a writ of continuing garnishment upon the judgement entered against Defendant pursuant to 28 U.S.C. § 3205(b)(1) to garnish Defendant's 2012 Michigan income tax refund. Defendant objected to the garnishment and made a timely request for a hearing, to which Plaintiff responded. A hearing was held on December 5, 2012.

    It is undisputed that as of November 20, 2012, Defendant owes $8,905.12 on the consent judgment entered against Defendant and in favor of Plaintiff on March 5, 2001. Plaintiff has not offered any reason as to why her Michigan income tax refund is exempt from garnishment. Accordingly,

    IT IS ORDERED that Defendant's request to quash garnishment is DENIED.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: December 7, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 7, 2012, by electronic and/or ordinary mail.

                                       s/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522